57 F.3d 1067
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Larry WEBB, Plaintiff-Appellant,
v.
James WHITE, Jr., Superintendent, Defendant-Appellee.
 No. 94-7237.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 18, 1995.
Decided: June 16, 1995.
 
 Larry Webb, Appellant Pro Se. Mark Ralph Davis, Office of The Attorney General of Virginia, Richmond, VA, for Appellee.
 Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the magistrate judge's order* denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. We have reviewed the record and the magistrate judge's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Webb v. White, No. CA-94-392 (E.D. Va. Sep. 30, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED
 
 
 *
 The parties consented to trial by magistrate judge pursuant to 28 U.S.C. Sec. 636(c)(2) (1988)